## Norfolk

## OMAR S. GRAJALES

v.

## COMMONWEALTH OF VIRGINIA

No. 0508-85

Decided March 3, 1987

COUNSEL

Sterling H. Weaver, Sr., for appellant.

Thomas C. Daniel, Assistant Attorney General (Mary Sue Terry, Attorney General, on brief), for appellee.

## Opinion

**Per Curiam** — By an unpublished memorandum opinion, a unanimous panel of this Court reversed and dismissed the conviction of Grajales.[1] The Commonwealth requested a rehearing *en banc*.

■ Code § 17-116.02(D) provides, in pertinent part, the following:

> The Court of Appeals shall sit en banc (i) when there is a dissent in the panel to which the case was originally assigned and an aggrieved party requests an en banc hearing and at least two other judges of the court vote in favor of such a hearing, or (ii) when any judge of any panel shall certify that in his opinion a decision of such panel of the Court is in conflict with a prior decision of the Court or of any panel thereof and two other judges of the Court concur in that view.

There was neither a dissent in the panel nor a certification that the decision conflicted with a prior decision of the Court. We conclude, therefore, that neither requirement for an *en banc* hearing has been satisfied. Accordingly, the application for a rehearing *en banc* is denied.

*Denied.*

Koontz, C.J., Baker, J., Barrow, J., Benton, J., Cole, J., Coleman, J., Duff, J., Hodges, J., Keenan, J., and Moon, J., concurred.

---

[1] Unpublished memorandum opinions of this Court are not to be cited or relied upon as precedent except for the purpose of establishing res judicata, estoppel or the law of the case.